UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADAM JOHNSON, on behalf
of himself and all others
similarly situated,

        Plaintiff,

v.                          **ORDER**
                          Civil File No. 10-4880 (MJD/JJK)

U.S. BANK NATIONAL ASSOCIATION,

        Defendant.

Thomas J. Lyons, Lyons Law Firm, P.A., Counsel for Plaintiff.

Vernle C. Durocher, Jr., Andrew Peters, Kenneth J. Connelly, and Brian L. Vander Pol, Dorsey & Whitney LLP, Counsel for Defendant.

    This matter is before the Court on Plaintiff's Motion for Leave to File Supplemental Brief Relating to the Deposition Testimony of Defendant's 30(b)(1) Representative Margaret French. [Docket No. 51] Plaintiff's Motion for Class Certification Pursuant to Fed. R. Civ. P. 23(b)(3) [Docket No. 40] is fully briefed and is set for hearing on Friday, October 14, 2011.

The Court has carefully reviewed the motion before it, as well as the briefing on the Motion for Class Certification, and concludes that supplemental briefing is not justified.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

> Plaintiff's Motion for Leave to File Supplemental Brief Relating to the Deposition Testimony of Defendant's 30(b)(1) Representative Margaret French  [Docket No. 51] is **DENIED**.

Dated:  September 27, 2011        s/ Michael J. Davis
                                  Michael J. Davis
                                  Chief Judge
                                  United States District Court